**Order entered February 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00375-CV

### IN RE JEREMIAH PARKS, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00112-B**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's March 29, 2019 petition for writ of mandamus.

/s/    DAVID L. BRIDGES
        JUSTICE